```
SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net
```

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>United Rentals Northwest, Inc., et al,<br><br>　　　　Defendants | Case No. **2:11-cv-00204-JAM-EFB**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL AUGUST 10, 2011 FOR DEFENDANTS UNITED RENTALS NORTHWEST, INC. INDIVIDUALLY AND D/B/A UNITED RENTALS; U.S. RENTALS, INC.; NANCY E. BERRY TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendants, United Rentals Northwest, Inc. Individually and d/b/a United Rentals; U.S. Rentals, Inc.; Nancy E. Berry, by and through their respective attorneys of record, Scott N. Johnson; Lisamarie Graham, stipulate as follows:

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 1

PDF created with pdfFactory trial version www.pdffactory.com

1. No extension of time has been previously obtained.

2. Defendants United Rentals Northwest, Inc. Individually and d/b/a United Rentals; U.S. Rentals, Inc.; Nancy E. Berry are granted an extension until August 10, 2011 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendants United Rentals Northwest, Inc. Individually and d/b/a United Rentals; U.S. Rentals, Inc.; Nancy E. Berry response will be due no later than August 10, 2011.

IT IS SO STIPULATED effective as of July 27, 2011

Dated:  July 27, 2011              /s/Lisamarie Graham_____
                                   Lisamarie Graham,
                                   Attorney for Defendants
                                   United Rentals
                                   Northwest, Inc.
                                   Individually and d/b/a
                                   United Rentals; U.S.
                                   Rentals, Inc.; Nancy E.
                                   Berry

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 2

PDF created with pdfFactory trial version www.pdffactory.com

Dated: July 27, 2011                    /s/Scott N. Johnson
                                        Scott N. Johnson,
                                        Attorney for Plaintiff


**IT IS SO ORDERED:** that Defendants United Rentals Northwest, Inc. Individually and d/b/a United Rentals; U.S. Rentals, Inc.; Nancy E. Berry shall have until August 10, 2011 to respond to complaint.

Dated: 7/27/2011                        /s/ John A. Mendez
                                        U.S. District Court Judge

STIPULATION AND PROPOSED ORDER RE: EXTENSION OF TIME - 3

PDF created with pdfFactory trial version www.pdffactory.com