1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson

        Plaintiff;

   vs.

United Rentals Northwest, Inc.,
et al,

        Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

Case No.**2:11-cv-00204-JAM-CKD**

**ORDER RE: STIPULATION FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS**

    IT IS HEREBY ORDERED THAT the parties shall file dispositional documents no later than March 15, 2012.

Date:2/27/2012

                      /s/ John A. Mendez_____
                      U. S. District Court Judge

PROPOSED ORDER RE STIPULATION FOR EXTENSION OF TIME TO FILE DISPOSITIONAL

DOCUMENTS

CIV: S-11-cv-00204-JAM-CKD- 1

PDF created with pdfFactory trial version www.pdffactory.com