SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@dapiinc.com

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>　　　　Plaintiff;<br><br>　vs.<br><br>United Rentals Northwest, Inc., et al,<br><br>　　　　Defendants. | Case No. **2:11-cv-00204-JAM-CKD**<br><br>**ORDER RE: STIPULATION FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS** |

　　IT IS HEREBY ORDERED THAT the parties shall file dispositional documents no later than April 4, 2012.

Date:   3/15/2012

　　　　　　　　　　　　　　　/s/ John A. Mendez_____
　　　　　　　　　　　　　　　U. S. District Court Judge

PROPOSED ORDER RE STIPULATION FOR EXTENSION OF TIME TO FILE DISPOSITIONAL DOCUMENTS

CIV: S-11-cv-00204-JAM-CKD- 1

PDF created with pdfFactory trial version www.pdffactory.com